# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

### CRIMINAL CASE NO. 2:09cr29-4

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAIME MARTINEZ. ) | |

**THIS MATTER** is before the Court on a letter written by the Defendant in a *pro se* capacity to Magistrate Judge Dennis L. Howell [Doc. 71]. Since that letter was sent, the Defendant has also written to the undersigned as well as to the United States Attorney and the United States Probation Office. The letters appear to be identical.

The Defendant's case has been calendared for trial during the January 25, 2010 term of court. The Defendant, who is represented by competent counsel, may not address the Court in a *pro se* capacity while so represented. Instead, all communication with the Court must be made through his attorney and the Defendant should raise any concerns which he may have with his attorney.

**IT IS, THEREFORE, ORDERED** that the Defendant shall communicate with the Court only through counsel.

Signed: January 6, 2010

Martin Reidinger
United States District Judge